## WILLIAM SLATTERY v. WILBERT HILLIKER.

*Service—Plea to the merits.*

A defendant appeared and pleaded to the merits. The constable then amended his return so as to show that the service was bad. Defendant did not ask leave to withdraw his plea, but moved to dismiss, and his motion was properly denied, as his pleading to the merits raised an issue and made the question of service of no importance.

Error to Lapeer. Submitted Oct. 23. Decided Oct. 31.

REPLEVIN. Defendant brings error.

*C. P. Thomas* for plaintiff in error, cited *Wheeler v. Wilkins,* 19 Mich., 78.

*Geer & Williams* for defendant in error. Pleading to the merits brings defendant before the court whether lawfully served with process or not, and he cannot thereafter object to the manner in which he was brought in, *Manhard v. Schott,* 37 Mich., 234; *Hart v. Blake,* 31 Mich., 278; *Pardee v. Smith,* 27 Mich., 38; *Crane v. Hardy,* 1 Mich., 56; *Baker v. Louisville R. R.,* 4 Bush, 623; *Dempsey v. Paige,* 4 E. D. Smith, 218; *Wright v. Jeffrey,* 5 Cow., 15; *Pixley v. Winchell,* 7 Cow., 366; *Lowe v. Stringham,* 14 Wis., 222; *Swartwout v. Roddis,* 5 Hill, 118; *Malone v. Clark,* 2 Hill, 657; *Stewart v. Hill,* 1 Mich., 265; *Burson v. Huntington,* 21 Mich., 415; *Barker v. Knickerbocker Life Ins. Co.,* 24 Wis., 630; *Baizer v. Lasch,* 28 Wis., 268.

COOLEY, J. This case originated in justice's court. The return of the constable to the process which commenced it, showed due service. The defendant appeared on the return day and pleaded to the merits. Subsequently the constable was permitted by the justice to amend his return, and he made such an amendment as

showed the service to have been insufficient.   The defend-
ant thereupon moved to dismiss the cause, which motion
was denied.   The denial of this motion is the error now
relied upon.

When the motion to dismiss was made, there was an
issue on the merits, and no motion was made by defend-
ant for leave to withdraw his plea.   At that stage of
the case it was of no importance whether the writ was
or was not properly served.   *Stone v. Wellinq*, 14 Mich.,
514; *Falkner v. Beers*, 2 Doug. (Mich.), 117.

The judgment must be affirmed with costs.

The other Justices concurred.